SUMMARY OF ORAL STATEMENT BY JUDGE MICHAEL PEARSON
PURSUANT TO MARYLAND RULES 18-422(b)(2)(B)(i) and 18-433(b)(2)(B)

Investigative Counsel Tanya C. Bernstein spoke by telephone to the Honorable Michael Pearson on September 1, 2022. Judge Pearson is an Associate Judge for the Circuit Court for Prince George's County.

Judge Pearson generally described the training process in Prince George's County. He has been a member of the Training Committee since 2014 or 2015. The training process has remained the same since his appointment to the bench with some tailoring to accommodate individual strengths or experience. Judge John Davey is the Chair of the Committee. The training is Circuit-wide, but Prince George's County supervises all of it.[1]

Judge Pearson detailed his experiences with the training of Judge April Ademiluyi. He stated that the training was dramatically different from prior trainings due to the pandemic and everything occurring by Zoom in the beginning. Judge Ademiluyi was trained along with Judge Gladys Weatherspoon and Judge Makeba Gibbs from Charles County. Judges Weatherspoon and Gibbs progressed more quickly through the training process. Judge Ademiluyi did not say anything, offer feedback, or engage during the process. Judge Pearson recalled being taken aback at a situation that occurred after he conducted a training with all three judges about search warrants. He recalled a question being asked about the process and when the judges would be released from training, and he explained that it was discretionary. Judge Pearson received a call from Judge Gibbs the next day, and she told him that Judge Ademiluyi was trying to manipulate what Judge Pearson had said about the training process and trying to convince the other two judges to file a complaint and refuse to continue training. Judge Pearson stated that this information put him on edge with Judge Ademiluyi.

Judge Pearson recalled that Judge Ademiluyi sat with him on a couple of occasions. On one occasion, Judge Ademiluyi was scheduled to sit with him on criminal appeals from District Court (referred to as "CA Day"). When Judge Pearson logged into the remote proceedings at 8:30 a.m., Judge Ademiluyi was not present and did not show up until the docket was concluded. Judge Ademiluyi was upset that CA Day dockets start at 8:30 a.m. instead of 9:00 a.m. On another occasion, Judge Ademiluyi sat with Judge Pearson on a juvenile waiver hearing. She was turned away from and did not face the litigants during the hearing but remained focused on her computer the entire time. Judge Pearson felt the body language was poor. Judge Pearson talked to her about it, but Judge Ademiluyi was stoic and indifferent to his advice.

Judge Pearson stated that Judge Ademiluyi made it very difficult for the Training Committee to complete her criminal jury trial training. New judges are supposed to observe a case from start to finish and then be the primary judge with a training judge as second chair. Judge Ademiluyi complained about the process, but they could not make exceptions for her because everyone is expected to complete the same process. Judge Ademiluyi also took leave several Mondays in a row, which is the day normally reserved for criminal jury selection so that caused further delay in her training, along with her refusal to sit with certain judges. Judge

---

[1] The Circuit Court for Prince George's County is in the 7th Judicial Circuit which also includes Calvert, Charles and St. Mary's Counties.

EXHIBIT D

Pearson described Judge Ademiluyi as the most uncooperative person he had encountered in the training process. She told Judge Davey that she was not going to listen to his advice. Judge Ademiluyi is very strong willed and determined not to take any input from anyone. Judge Pearson stated that Judge Ademiluyi was not disrespectful to him, but she was indifferent and did what she wanted to do anyway so he stopped offering advice and purposefully limited his contact with her. The Training Committee ultimately sent a memorandum to Administrative Judge Sheila Tillerson Adams advising that they could no longer participate in Judge Ademiluyi's training.



EXHIBIT