IC2394

E123



# Seventh Judicial Circuit of Maryland

COURT HOUSE

UPPER MARLBORO, MARYLAND 20772

Received By Commission

MAY 1 3 2022

on Judicial Disabilities

DANEEKA VARNER COTTON
JUDGE

(301) 952-3960

May 11, 2022

Ms. Tanya Bernstein
Director/Investigative Counsel
State of Maryland Commission on Judicial Disabilities
P.O. Box 340
Linthicum Heights, MD  21090-0340

Re:

Dear Ms. Bernstein,

It is extremely difficult to respond to the blatant falsehoods alleged in Judge Ademiluyi's complaint.



EXHIBIT
E

In conclusion, I am deeply concerned that a jurist would file such egregious and dishonest allegations. There should be some repercussions for such disregard of the truth.

E124

Sincerely,

*DaNeeka Varner Cotton* (signature)

DaNeeka Varner Cotton

Circuit Court for Prince George's County, Judge

EXHIBIT
E