## IN THE UNITED STATES CORPORATE DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND (GREENBELT)

USDC- GREENBELT
'24 JAN 11 PM3:37

IN THE MATTER OF

Prince George's County MD.
Corporate Circuit Court
JUDGE April Ademiluyi
Courthouse Upper Marlboro 14735
Main Street MD. 20772
phone (301) 952-4988.
Email aprilcmecffiling.com.
<u>Pro se under title 28 USC 1664</u>
        Plaintiff

Vs.

JUDGE Sheila R. Tillerson Adams
Courthouse Upper Marlboro 14735
Main Street MD. 20772
        Defendant # 1
Daneeka Varner **Cotton**.
Courthouse Upper Marlboro 14735
Main Street MD. 20772
        defendant # 2
Honorable Michael R. Pearson
Courthouse Upper Marlboro 14735
Main Street MD. 20772
        defendant # 3
CORPORATE DEFENDANT'S CONTACT INFO IS NOT
PUBLISHED PURPORTEDLY REPRESENTED BY.
SECURITY BOND-HOLDER TRAVELERS' INSURANCE
POLICY NUMBER 105637860 FIDELITY/SURETY
BOND, @ <u>Nadine.maeser@mdcourts.com</u>
     AS    **CORPORATE DEFENDANTS**

AND

Permissive intervenor George McDermott
143 N. Huron Dr. Forest Heights, MD 20745
phone (301) 996-9577 appearing pro se
email George<u>mcdermott2018@gmail.com</u>

) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )

**Civil Docket #: 8:23 – CV – 03526 – LKG.**

<u>Rule 6(B) Does Not, However, Vest A Court
With Discretion To Impose A Special Condition
On The Responding Party Which Violates A
Statutory Right. Under 28 U.S.C. § 1654</u>
(1976), a party to a civil action in federal court
has the right to appear pro se.1 The right to
self-representation "is a right of high standing,
not simply a practice to be honored or
dishonored by a court depending on its
assessment of the **DEI GERATIA** of a particular
case.

Controlling US code statutes Title 22 USC
(Foreign Relations and Intercourse) Chapter
11 identifies all public officials as foreign
agents. <u>TITLE 28 U.S.C. 1602-1611</u>

Title 28 USC 3002 Section 15A states that the
<u>United States is a Federal Corporation and not
a Government, including the Judiciary</u>
Procedural Section. **FRCP rule 12 (b)(6)**

Title 22 USC (Foreign Relations and
Intercourse) Chapter 11 identifies all public
officials as foreign agents. **FRCP rule 12 (b)(6)**

Title 28 USC 3002 Section 15A states that the
United States is a Federal Corporation and not
a Government, including the Judiciary
Procedural Section. **FRCP rule 12 (b)(6)**

---

**INTERVENORS AFFIDAVIT OF TRUTH IN SUPPORT OF MOTION TO INTERVENE AND SUPPORTING
ATTACHMENTS WHICH THE COURT CAN TAKE JUDICIAL NOTICE OF UNDER FRE RULES 201 ET SEQ. AS
ATTACHMENTS ARE ALL FILED WITH THE DEFENDANT'S COURTS IN THIS COURT AND ARE PUBLIC RECORD
EVIDENCING INTERVENOR/VICTIM'S RIGHT TO PETITION THIS COURT. RULE 47 ET SEQ. & 56 (E)**

Comes now George McDermott hereafter intervenor through the motion practice of this court under FRCP rules 47 et seq. & 56 (e) makes this affidavit by court requirements outlined in the foregoing rules and has attached is the motion to intervene along with this Supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein. Along with required attachments numbering 1 through 40 pages which intervenor will NOW identify all documents that come from this or other court records and evidence of the necessity to have the intervenor join in this proceeding as he has been victimized by 28 years of the defendant wrongful criminal misconduct and cover-up of fraud on the court's, fraud on the fellow citizens, fraud on the U.S. Treasury, and betrayal of oath of office and corporate fidelity bonds in this case the alleged foreign agents in foreign corporations to default on their bonds issued under the state of Maryland Judiciary – clerks and commissioners of the district, circuit, appeals, and special appeals courts **bondholder travelers policy number 105637860.**

1.      Intervener will now provide proof to the court under penalty of perjury showing that the defendant named and unnamed the agents in the clerk's offices, and their fellow bar members in the state and county Bar Association are committing treason against the Constitution and fraud on the court each of the documents supplied to the court in support of this affidavit public record having been filed and recorded with clerk's offices in the United States Supreme Court, United States Ct. of Federal claims, United States Tax Court DC, United States District Court for Maryland, Prince Georges County circuit courts and district courts, MD appellate courts and now Supreme Court under 28 USC R. 101, 102 et seq. § 101, 411, 902 et seq, 1002 et seq, 1101 (a) (b) 2072, 2074 (a) (b), as well as 28 USC 3057. And rule all wrongful acts against the intervener emanate from bankruptcy fraud by court insiders, judges, law clerks, clerks of the court, and other alleged public servants.

2.      The intervener will now submit to the record his motion to intervene, containing. 14 pages including arguments, attachments, and court-required order further attachment A. Continuing affidavit of truth which is made on personal knowledge, and sets forth such facts as would be admissible in evidence, That show affirmatively evidence that the affiant is competent to testify to the matters stated herein. These facts and assertions are supported by roughly 17,000 docket entries on hundred 110 court cases emanating out of the 1st fraud on this court by defendant agent Gerald Sheriff a former judge for Prince Georges County Maryland who appeared in this court in November 1995 as an imposter to protect the debtor and his relationship to the mafia-controlled Gilbert Saperstein crime syndicate as pleadings attest to and are recorded in the following cases recorded in the national archives. Of the corporate United States of America. Case # 88 – 42746 PM, 95 – 1249 PJM, District Court PJM – CV – 822 and PJM 2000 – CV – 190.

3.      Intervenor now incorporates by reference all court cases listed above as well as all court cases of other victims being terrorized by the defendant court and its officers and agents intervener has made over 1500 videos with another hundred plus to be posted of victims who are being deprived of their rights and liberties by the defendant court and who would be willing to testify none of these victims has had the right to jury trials, none of these victims has ever been able to get legal discovery, all of these victims have lost most or all of their vested legal rights and properties to lying thieving lawyers and corrupt judges. The court can take judicial notice of under FRCP rule 10 (C) the intervener as well as the victims represented @ secretjustice.com have confirmed losses totaling over $500,000,000 yet this court nor any court in the Corporate United States is a hearing to their oath of office, their employment contracts for their alleged judicial bonds which none will produce in violation of 5 USC 2902 et seq.. See the intervenor's attachments pages # 5 through 45.

**LIST OF ATTACHMENTS FOR THE COURT'S CONSIDERATION AND TO PRESERVE THE RECORD FOR APPEAL AS THE PREVIOUS COURTS HAVE REFUSED TO STATE THEIR JURISDICTION AND AUTHORITY.**

4.     The clerk of this court refuses to produce verification of any orders by the 2000 Sign Act cited and title 15 US code rule 701 et seq. and courts are all operating with secret falsified court records court dockets with no Docket numbers orders which cannot be verified or authenticated intervener has hundreds of these false orders from every court in the Corporate United States as identified under as records will attest to not only involving himself but over 50 other victims.

5.     Petitioner would respectfully request that this court forward this motion to intervene to the United States Attorney's office as required under title 18 and title 28 of the United States code annotated section 28 U.S. Code § 586 - Duties; supervision by Attorney General unfortunately at the US attorney and US trustee done their job in 1995 this matter would not be before this court today the court made the intervener a victim which is still is but also a victims rights advocate and encourage candidate the United States Congress Maryland force congressional district 2024 election cycle. After docking this motion and affidavit of truth these documents will be placed on the website@secretjustice.com intervener would demand an open hearing in court on the record with the transcript regarding this motion intervener has been denied access to the courts and recovery of his property for too long and reserves the right to preserve all the records motions pleadings and judgments in this case in all other cases the preserved for appellate purposes.

Respectfully submitted

George Edward McDermott.  All rights reserved under UCC 1-101, 1-102, 306 & 308

**Certificate of service** I George McDermott certify a true and correct copy of this affidavit of service and accompanying motion will be delivered to the clerk of the defendant's court to be distributed to the defendants and plaintiff as their contact information and emails have been secreted this 12th day of January 2024 by  George Edward McDermott_____ To,

TO DEFENDANT JUDGES SHEILA TILLERSON ADAMS AND DEFENDANT JUDGE DANEEKA VERNER COTTON AND DEFENDANT JUDGE MICHAEL R PEARSON. AS WELL AS TO THE PLAINTIFF JUDGE APRIL ADEMILUYI

| Att. # | Description Of Attachment And Relevance To Court Proceeding to preserve the record for appeal | Date | Pages |
|---|---|---|---|
| Att. 1 | Docket of court as of 5 docket entries properly numbered The docket appears to be secreted and court papers | 01/11/23 | Pages 6-7 |
| Att. 2 | Affidavit to file electronically which no court will allow pro se litigants the right granted unlicensed bar cardmembers | 12/31/23 | Page 8 |
| Att. 3 | Defendants' court officers returning date-stamped files and motions illegally to cover up the theft of millions of dollars from elderly citizen copies of documents filed with the Maryland appellate court which will not issue a case number documents were date stamped into the record clerk of the court had no jurisdiction to send them back. | 01/04/24 | Pages 9-13 |
| Att. 4 | Victim who has been robbed by the judges of Cecil County Maryland Probate Ct., Circuit Court, and District Court of $18,000,000 plus falsely imprisoned now facing the corrupt judges also jeopardizing the county and state BONDS | 11/30/24 | Pages 14-20 |
| Att. 6 | Appellate court for Maryland which has aided in the theft of victims inheritance falsifying court records not signing any orders using mail fraud and wire fraud to steal property and cover up for criminal misconduct of state agents and judges prehearing information report filed by victim | 11/30/24 | Pages 21-22 |
| Att. 7 | Intervenor papers filed with the defendant court returned x out alerting the court of fraud on the court by disbarred attorneys in foreign agents acting under color of law on the authority affidavit of truth never addressed more cover up by defendants | 01/01/24 | Pages 23 - 30 |
| Att. 8 | Forged nonconforming order of defendant court being used to rob an elderly citizen of his 18-acre farm by a disbarred lawyer in foreign agents and falsification of court docket with no DE numbers as required under law appellant court refuses to docket the appeal as of January 10, 2024 | 12/12/23 | Page 31 |
| Att. 9 | The defendant alleged court grinning motion to strike fraudulently filed motion paper to steal elderly citizens' property through threats coercion undue influence and extortion by a disbarred attorney and the plaintiff's, forged document similar to the plaintiff's complaint against the defendant no hearings no discovery no justice just court fraud | 12/21/2023 | Pages 32-33 |
| Att.10 | Intervenor Docket once again shows defendant court's officers and agents using phony court dockets with no Docket numbers so that the court can manipulate pleadings filings to steal people's property under color of law on authority in violation of the rules of professional conduct and rule of law | 12/29/23 | Pages 34-38 |
| Att. 11 | Intervenors' public information request to defendant corporations' agents reporting criminal misconduct and theft of property by defendants' agents acting under color of law on authority as well as these court agents 28 years of judicial terrorism against the intervener in his family to cover-up for the Gilbert Saperstein crime syndicate and it agents including judges and Prince Georges County Maryland named in the motion filed with this affidavit | 01/04/24 | Pages 39 -42 |

CM/ECF   Query   Reports ▾   Utilities ▾   Help   Log Out

NP,PROSE,PROSE-NE

**U.S. District Court**
**District of Maryland (Greenbelt)**
**CIVIL DOCKET FOR CASE #: 8:23-cv-03526-LKG**

Ademiluyi v. Judge Sheila Tillerson Adams et al
Assigned to: Judge Lydia Kay Griggsby
Demand: $350,000
Cause: 42:1983 Civil Rights Act - Civil Action for Deprivation of Rights

Date Filed: 12/29/2023
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Judge April Ademiluyi**                                    represented by **Judge April Ademiluyi**
                                                            Courthouse
                                                            Upper Marlboro, MD 20772
                                                            301-952-4988
                                                            Email: Aprilcmecffiling@gmail.com
                                                            PRO SE

V.

**Defendant**

**Judge Sheila Tillerson Adams**

**Defendant**

**Judge Daneeka Varner Cotton**

**Defendant**

**Judge Michael Ray Pearson**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2023 | 1 | COMPLAINT against Judge Daneeka Varner Cotton, Judge Michael Ray Pearson, Judge Sheila Tillerson Adams ( Filing fee $ 405 receipt number 1680.), filed by Judge April Ademiluyi. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet, # 4 Summons, # 5 Summons, # 6 Summons)(mg3s, Deputy Clerk) (Entered: 12/29/2023) |
| 12/29/2023 | 2 | Consent to receive notice and service electronically by Judge April Ademiluyi. The Court recommends that all documents received electronically be printed or saved for future reference.(mg3s, Deputy Clerk) (Entered: 12/29/2023) |
| 12/29/2023 | 3 | New Case Notification Letter sent to Judge April Ademiluyi. (o/sm 12/29/2023 - mg3s, Deputy Clerk) (Entered: 12/29/2023) |
| 01/01/2024 | 4 | FIRST AMENDED COMPLAINT against Judge Daneeka Varner Cotton, Judge Michael Ray Pearson, Judge Sheila Tillerson Adams filed by Judge April Ademiluyi. (Attachments: # 1 Redline Version, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F) (kmla, Deputy Clerk) (Entered: 01/02/2024) |
| 01/03/2024 | 5 | MOTION to Expedite Issuance of Summons by Judge April Ademiluyi. (Attachments: # 1 Text of Proposed Order) (kmla, Deputy Clerk) (Entered: 01/04/2024) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/10/2024 17:14:13 | | |
| PACER Login: | GeorgeMcDermott | Client Code: | GM |
| Description: | Docket Report | Search Criteria: | 8:23-cv-03526-LKG |
| Billable Pages: | 1 | Cost: | 0.10 |

# COURTLISTENER

From Free Law Project, a 501(c)(3) non-profit.

About

Opinions ▾    RECAP Archive    Oral Arguments    Judges    Financial Disclosures

## Refine Your Query

Select Jurisdictions (All)

Maryland District Court Greenbelt case # 8:23-CV-03526-LTG    🔔    🔍 Search

Query Help

**Search Results Order:**

Newest Cases First ▾

**Case Name:**

**Judge:**

**Precedential Status**

☑ Precedential (0)
☐ Non-Precedential (0)
☐ Errata (0)
☐ Separate Opinion (0)
☐ In-chambers (0)
☐ Relating-to orders (0)
☐ Unknown Status (0)

**Filed After:**       **Filed Before:**

MM/DD/YYY      MM/DD/YYY

*Your search — Courts: All › Query: Maryland District Court Greenbelt case # 8:23-CV-03526-LTG › Precedential: True — had no results.*

Search tips:

- Check your spelling.
- Try fewer filters.
- Remove quotes if you used them.
- Did you mean to search on the RECAP Archive?

Our coverage page details which jurisdictions we support.

If you expected more results than this, please let us know. We value your feedback.

💡 **Quick Tip!** CourtListener has every free opinion and order available in PACER and gets the latest ones every night.

6-7

## AFFIDAVIT OF INTENT TO USE ELECTRONIC SIGNATURE
### (Md. Code, Real Property Title 3, Subtitle 7)

1.  I, George E McDermott intervenor _____, am over eighteen years of age and competent to testify.
       Name

2.  I have signed the document or documents accompanying this affidavit by means of an electronic signature, which is defined in Md. Code, Real Property § 3-701(e) as an "electronic sound, symbol, or process attached to or logically associated with a document and executed or adopted with the intent to sign the document."

3.  I have done so with the intent to sign the document.

4.  My use of the electronic signature was not done for any illegal or fraudulent purposes.
    Please say that again

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

December 31, 2023
_____
Date

_____
Signature of Affiant

George Edward McDermott victim/intervener
_____
Printed Name of Affiant





CC-094 (Rev. 08/2020)

Reset

Page 2



**CIRCUIT COURT FOR PRINCE GEORGE'S
COUNTY, MARYLAND**
14735 Main Street
Upper Marlboro, Maryland 20772

Circuit Court Clerks: 301-952-3318
Calendar Management: 301-952-3850

**To:** George McDermott
143 N. Huron Dr.
Forest Heights, MD 20745

**Case Number:**     C-16-CV-23-001522
**Other Reference Number(s):**

TPE MD PR232 LAND LLC VS. CHARLES MOORE, SR., ET AL.

Date: 1/4/2024

## NOTICE OF PLEADING BEING RETURNED

Paper Returned For Following Reason:

☐ Cost Not Enclosed.  All Costs Must Be Paid In Advance
   Amount Due      $
☐ No Certification of Mailing/Service.
☐ Costs Not Paid   $
   Must be paid before Order of Satisfaction / Dismissal Can Be Filed.
☐ Reference Number Missing; please furnish.
☒ Other Reason:     Documents returned per court Order entered on 12/22/23

Mahasin El Amin #806
Clerk of the Circuit Court

**IN THE CIRCUIT COURT OF MARYLAND FOR**
**PRINCE GEORGE MD. CORPORATION RECORDS**

In The Matter Of )

TPE MD PR232 LAND LLC )

c/o TPE Development Land Co LLC )  Civil case # C – 16 – CV – 23 – 001522

Plaintiffs )  Intervenor files this notice of appeal pursuant to
United States Code under the False Claims
Vs. )  Act, 31 U.S.C. § 3729 *et seq.*, which allows a private
individual, or "whistleblower" (or relator), with
Charles C. Moore SR. and )  knowledge of past or present fraud committed
against the federal government to bring suit on its
Joseph E. Moore. )  behalf. The named defendant and intervenor as
victims of civil rights abuses by court officers of the
Defendants corporate State agents acting under color of law in
violation of 42 USC 1983 statute law

2023 DEC 32  PM 2: 53

---

MEMORANDUM AND MOTION THAT THE COURT CLERK REGARDING INTERVENOR/APPELLANTS

APPLICATION FOR PERMISSION TO FILE AND REVIEW DOCUMENTS AND THE ABOVE CAPTIONED CASE AS

WELL AS IN APPEAL WHICH IS BEEN FILED WITH THIS COURT AND WILL BE FILED WITH THE MD. COURT OF

APPEALS ACCORDING TO MARYLAND RULES 3 – 701 (E) AND 20 – 109 (B).

Comes now George McDermott hereafter intervenor/appellant filing with this court

completed court form CC – 094 and MDJ form 004 [Att-1-2]. Requesting permission to file and review

documents as a self-represented victim and victims rights advocate in accordance with If you register

and e-file one time, you MUST: E-file ALL future documents E-file in ALL future cases and that

petitioner/intervenor has Review the statewide MDEC Policies and Procedures before making a

decision. Noting intervenor/appellant You must comply with Rule 20-201. As a pro se litigant under

28 USC 1654. And US code title 15 USC 7001 et seq. appellant will await the court's response to the

application which was denied previously. [Att. 1-2]

Respectfully submitted,

George E, McDermott      All rights reserved *UCC.1-101,102,306,308 and Comm, Law 101 (a) et seq.*

Certificate of service was made by electronic means to the following parties this 28th day of December 2023
in accordance with the rules of this court by intervenor _____ to the parties listed below.

| Jeffrey C Collins Esq. 111 Rockville Pike Rockville MD 20850 alleged plaintiff's attorney by email jsemen@Whiteford law.com | Defendants alleged attorney Roland Vincent Lee by email attorneyrolandlee@Gmail.com. | Angel M Murphy alleged court-appointed trustee @Angelmurphylegal.com also No appearance entered on the court |

This form contains Restricted Information.

☑ CIRCUIT COURT ☐ DISTRICT COURT OF MARYLAND FOR Cecil

City/County

Located at Elkton Md.129 E Main St, Elkton, MD 21921   Case No. C-CV-23-000209

Court Address

IN THE MATTER OF: State Of Maryland Cecil County   vs.   Sherry Ray Eveland

Petitioner/Plaintiff        Respondent/Defendant

## REQUEST FOR WAIVER OF PREPAID COSTS
### (Md. Rule 1-325)

**MDEC counties only:** Unless you are filing into a restricted case type (Adoption, Emergency Evaluation, Extreme Risk Protective Order (ERPO), Guardianship, Juvenile), you must file a Notice Regarding Restricted Information Pursuant to Rule 20-201.1 (form MDJ-008) with this submission.

I, Sherry Ray Eveland _____, wish to file a complaint, petition, or other documents
                    Name of party
which I have completed and attached. I am unable to prepay the prepaid costs in this matter because of poverty.

Affidavit of Income
I respectfully submit that:
1. There are Zero _____ family members living in my household, including myself.
              Number
   *(Do not include renters or temporary guests).*
2. The total gross household income (before taxes) is $ Renter withholding pay)
   *(total income earned by all persons in the household)* per ☐ WEEK / ☐ MONTH / ☐ YEAR.
3. The gross household income (before taxes) is from the following sources
   *(list amounts before taxes)* per ☐ WEEK / ☐ MONTH / ☐ YEAR:

   ☐ Wages ................................................................. $ 0.00
   ☐ Commissions/Bonuses ......................................... $ 0.00
   ☐ Social Security/SSI ............................................. $ 0.00
   ☐ Retirement Income ............................................. $ 0.00
   ☐ Unemployment Insurance ................................... $ 0.00
   ☐ Temporary Cash Assistance ................................ $ 0.00
   ☐ Alimony/Spousal Support ................................... $ 0.00
   ☐ Rent received from tenants ................................. $ 0.00
   ☐ Any Other Income *(Do not include food stamps/SNAP)* ... $ 0.00
4. I own the following property.
   *(Do not list your home, one vehicle, and/or personal items in your home):*
   ☐ NONE
   ☐ Real estate other than principal home ............... Value: $ 0.00
   ☐ Other vehicles including boats .......................... Value: $ 0.00
   ☐ Bank accounts ................................................. Balance: $ 0.00
   ☐ Stocks or other securities ................................. Value: $ 0.00
   ☐ Other property (describe): _____ Value: $ 0.00

CC-DC-089 (Rev. 07/2021)        Page 1 of 3        RPWNC (New Case);
                                                    RPWSF (Subsequent Filing)

Page 1

5. I owe the following debts:
   - ☐ NONE
   - ☐ Credit Card: None _____ Amount Owed: $ _____ Monthly Payment: $ _____
   - ☐ Car Loan: None _____ Amount Owed: $ _____ Monthly Payment: $ _____
   - ☐ Other Debt: Hospital _____ Amount Owed: $ _____ Monthly Payment: $ _____

6. Other information to demonstrate my inability to prepay the required costs:

   $70,000 in hospital. Bills due to car accident Estranged husband was driving

   Husband abandoned Defendant years ago joined with His family members after stealing assets f

   Estate of James Ray Charles guns tools As court records attest to

For these reasons, I request a waiver of the prepaid costs.

I understand that I may have to pay these costs at the end of the case, unless the court grants a final waiver of open costs, and that if I want a final waiver of open costs I must request the waiver at the conclusion of the action in accordance with Maryland Rule 1-325(f)(2)(A).

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

| | |
|---|---|
| **Party Signature** | **(443) 954 – 3253** |
| Sherry Ray Eveland | Telephone / Fax |
| Party Name | No computer |
| Same as above | E-mail |
| Address | 11/29/23 |
| 243 Smith Rd. rising Sun Maryland | Date |
| City, State, Zip | |

**Attorney Certification** (To be completed by your lawyer, if you are represented).

I, Appeal filed pro se under 28 USC 1654 _____, certify that to the best of my knowledge, information, and belief, there is a good ground for this claim, application, or request for process, and it is not interposed for any improper purpose or delay.

On behalf of: _____

| | |
|---|---|
| Not applicable | Name of party |
| Attorney Signature / Attorney Number | Telephone / Fax |
| Public defender failed to provide honest services | E-mail |
| Attorney Name | April 13, 2023 |
| Address | Date |
| City, State, Zip | |

CC-DC-089 (Rev. 07/2021)          Page 2 of 3          RPWNC (New Case);
                                                      RPWSF (Subsequent Filing)

☐ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** Cecil _____ City/County ☑

Located at Elkton Maryland Cecil County
Court Address                              Case No. C-cv-23-000209

IN THE MATTER OF: | FNA VI, LLC. Corporate agents et al |          vs.   Sherry Ray Eveland
Petitioner/Plaintiff                                              Respondent/Defendant

# ORDER REGARDING REQUEST FOR WAIVER OF PREPAID COSTS

Upon consideration of the Request for Waiver of Prepaid Costs submitted by

Defendant Sherry Ray Eveland _____, and any further documentation as required or authorized by
          Name of party

Rule 1-325 or other applicable law,

**THE COURT FINDS THAT:**

The party named above:

    ☐ Meets the financial eligibility guidelines of the Maryland Legal Services Corporation.

    ☐ Does NOT meet the financial eligibility guidelines.

The party named above:

    ☐ Is unable by reason of poverty to pay the prepaid costs.

    ☐ Is NOT unable by reason of poverty to pay the prepaid costs.

The claim, appeal, application or request for process:

    ☐ does not appear, on its face, to be frivolous.

    ☐ DOES appear, on its face, to be frivolous.

☐ Other findings: _____

_____

**THE COURT ORDERS** that the waiver is:

☐ **GRANTED**

☐ **DENIED.** You have 10 days from the date of this order to pay the costs. If the unwaived costs are

not paid in full within 10 days, the pleading or papers filed will be considered withdrawn.

_____                    _____                         _____
Date                               Judge's Signature                        ID Number

CC-DC-089 (Rev. 07/2021)              Page 3 of 3              RPWNC (New Case);
                                                              RPWSF (Subsequent Filing)

Page 3

IN THE ORPHANS' COURT BEFORE THE REGISTER OF WILLS FOR CECIL COUNTY, MARYLAND, And Also Clerk Of The Court For Land Records For Cecil County Maryland. As Proof Of Fraud On The Court

## BEFORE THE REGISTER OF WILLS

In The Matter of the
Estate of James R. Charles
Direct Descendent
Successor Sherry Ray Eveland, Named
In the residuary estate of deceased          Estate # 000000019461
241 Smith Rd.  Appearing Pro Se
Rising Sun, Maryland  21911                  FILED WITH THE REGISTER OF WILLS
Vs.                                          Cecil County,  Maryland
Alleged personal representative                  September 2, 2014
of deceased estate will                      CIRCUIT COURT NO. C-15-185
Leonard E. Wilson and Dawn M. Hall           Adversary proceeding
149 E. Main St.,  Elkton, MD  21921
224 Cherry Hill Rd,  Elkton, MD  21921

BENEFICIARY. SHERRY RAY EVELAND'S THE WARM HEADING UP THE NOTICE OF LIS PENDENS1 (PENDING SUIT) RELATED TO PROPERTIES OF THE ESTATE OF JAMES RAY CHARLES , CITING COMMON LAW THE DOCTRINE PROPOSITION THAT NOTHING SHOULD BE CHANGED DURING THE PENDENCY OF AN ACTION. 51 AM JUR 2D LIS PENDENS § 5. MD. R. PROP. 12-102 - LIS PENDENS

comes now Sherry Ray Eveland under Maryland real property rule 12 – 201 (b) filing an

official notice of Lis Pendens on properties of the estate of James Ray Charles, which have been

stolen from the estate by the wrongful misconduct on the alleged personal representative Leonard

Wilson Esq. his criminal defense, James Dallmeyer Esq., and officers and agents of the Cecil County

Maryland Inc. County commissioners offices agents and assigns who have all been complicit in the

theft of over $18 million from the estate of James Ray Charles as court docket and docket will

attest to, including this court Estate # 000000019461 and related actions the Circuit Court of

Maryland # case 07 - C – 000730 – MO.

1.    This court has jurisdiction and authority along with the Circuit Court pursuant to MD. R.

PROP. 12-102 - LIS PENDENS ((a) Scope. B +c)) . The court's clerk's office is aware This Rule applies

to an action filed in a circuit court or in the United States District Court for the District of Maryland

## THE 16 PAGE PROOF OF LAND RECORDS THEFT ATTACHED FOR THE COURTS CONVENIENCE

BOOK: 4028 PAGE: 154

CECIL COUNTY CIRCUIT COURT (Land Records) CMN 4028, p. 0154, MSA_CE55_4718. Date available 02/28/2017. Printed 11/30/2023.

BEGINNING for the same at a point on the Southerly side of Maryland Route No. 7 and at the Northeasterly corner of land now or formerly of Guiberson, said place of beginning being the Northwesterly corner of a larger parcel of land of which the herein described land was formerly a part, said larger parcel of land having been described in a deed which is recorded among the Land Records of Cecil County in Liber W. E. B. No. 23, folio 139; and running thence from said place of beginning by ad with said Guiberson land South 4 degrees West 435.6 feet to an iron pipe; thence by and with land now or formerly of Wiles South 86 degrees East 100 feet to an iron pipe; thence North 4 degrees East 435.6 feet to an iron pipe on the Southerly side of Maryland Route No. 7; thence by and with said Maryland Route No. 7 North 86 degrees West 100 feet to the place of beginning; containing 1 acres of land, more or less.

BEING the same lot or parcel of land conveyed unto James R. Charles by deed from Chesapeake Haven Land Corporation, dated September 22, 1977 and recorded among the Land Records of Cecil County in Book NDS 5, folio 315.

2

BOOK: 4028 PAGE: 155

CECIL COUNTY CIRCUIT COURT (Land Records) CMN 4028, p. 0155, MSA_CE55_4718. Date available 02/28/2017. Printed 11/30/2023.

**TOGETHER** with all the buildings and improvements thereon, and all the rights, ways, privileges, appurtenances and advantages thereunto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD** the above granted and hereby conveyed parcel of land unto the said **Timothy Charles, Cheryl Phillips and Sherry R. Eveland,** their heirs and assigns, forever in fee simple, each as to a one-third interest as tenants in common.

**WITNESS** the hand and seal of the Grantor this the day and year first herein written.

**WITNESS**

**LEONARD E. WILSON**

Personal Representatives of
The Estate of James R. Charles

**STATE OF MARYLAND, COUNTY OF CECIL, to wit:**

**I HEREBY CERTIFY** that on this _18th_ day of January, 2017, before me the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared **LEONARD E. WILSON,** known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, who signed the same in my presence and acknowledged that they executed the same for the purposes therein contained.

**IN WITNESS WHEREOF,** I have hereunto set my hand and official seal.

**NOTARY PUBLIC**
**My Commission Expires: 11/22/18**

3

BOOK: 4028 PAGE: 156



### DEED ONLY – NO TITLE SEARCH

**THIS IS TO CERTIFY** that the within instrument was prepared by or under the supervision of the undersigned, an attorney duly admitted to practice before the Court of Appeals of Maryland.

**LEONARD E. WILSON, Attorney**

Please return to:
Leonard E. Wilson, Esq.
149 East Main Street
Elkton, Maryland  21921
410-398-5111

Tax for 2016 and all prior years have been paid on the property described in the within deed.

Date: 2-22-17

CECIL COUNTY CIRCUIT COURT (Land Records) CMN 4028, p. 0156, MSA_CE55_4718. Date available 02/28/2017. Printed 11/30/2023.

Cecil County Transfer Tax Paid
Amount $45.00
Deed No. 1616A
Date 2-22-17
Clerk MRS

RECORDAT TAX
AMT: 0
DATE: 2-22-17
INITIALS: MRS

LR - Deed (No-Taxes)
Recording Fee    20.00
Name: wilson per
rep/charles
Ref: leonard e wilson
LR - Deed (No-Taxes)
Surcharge        40.00
SubTotal:        60.00
Total:           60.00
02/23/2017  08:57  CST-08
#7042305  C02202 -
Cee11
County/CO02.02.02 -
Register 02

4

BOOK: 4028 PAGE: 157

## CERTIFICATION OF EXEMPTION FROM WITHHOLDING UPON DISPOSITION OF MARYLAND REAL ESTATE AFFIDAVIT OF RESIDENCE OR PRINCIPAL RESIDENCE

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of Maryland's Tax General Article.  Section 10-912 states that certain tax payments must be withhold when a deed or other instrument that affects a change in ownership of real property is recorded. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

1. **Transferor Information**

Name of Transferors:     **LEONARD E. WILSON**
                         **Personal Representative of the Estate of**
                         **James R. Charles**

2. **Reason for Exemption**

Resident Status:         [ X ] I, Transferor, am a resident of the State of Maryland
                         [   ] Transferor is a resident entity under      §10-912(A)(4)   of
Maryland's  Tax General Article, I am an agent of      Transferor, and I have authority to sign
this document on Transferor's behalf.

Principal Residence:     [   ] Although I am no longer a resident of the State of Maryland,
the  Property is my principal residence as defined      in IRC §121.
Zero Consideration:
                         [ X ]  There is no consideration.

Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct and complete.

3a. **Individual Transferors**

_L. A. Malone_
**Witness**

_[signature]_
**LEONARD E. WILSON**
**Personal Representative of the**
**Estate of James R. Charles**

5

BOOK: 4028 PAGE: 158

## State of Maryland Land Instrument Intake Sheet
☐ Baltimore City ☑ County: CECIL

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
*(Type or Print in Black Ink Only—All Copies Must be Legible)*

**1 Type(s) of Instruments** — ☐ Check Box if addendum Intake Form is Attached.

| ☑ Deed | ☐ Mortgage | ☐ Other | ☐ Other |
| ☐ Deed of Trust | ☐ Lease | | |
| ☐ Improved Sale | ☐ Unimproved Sale | ☐ Multiple Accounts | ☐ Not an Arms- |
| Arms-Length (1) | Arms-Length (2) | Arms-Length (3) | Length Sale (9) |

**2 Conveyance Type Check Box**

**3 Tax Exemptions (If applicable) Cite or Explain Authority**

| Recordation | |
| State Transfer | |
| County Transfer | |

**4 Consideration and Tax Calculations**

Consideration Amount

| Purchase Price/Consideration | $ 0.00 |
| Any New Mortgage | $ |
| Balance of Existing Mortgage | $ |
| Other: | $ |
| Other: | $ |
| Full Cash Value: | $ |

Finance Office Use Only
Transfer and Recordation Tax Consideration

| Transfer Tax Consideration | $ |
| X ( )% = | $ |
| Less Exemption Amount – | $ |
| Total Transfer Tax | $ |
| Recordation Tax Consideration | $ |
| X ( per 500) = | $ |
| **TOTAL DUE** | $ |

**5 Fees**

| Amount of Fees | | Doc. 1 | Doc. 2 |
| Recording Charge | $ 20.00 | $ | $ |
| Surcharge | $ 40.00 | $ | $ |
| State Recordation Tax | $ | $ | $ |
| State Transfer Tax | $ | $ | $ |
| County Transfer Tax | $ | $ | $ |
| Other | $ | $ | $ |
| Other | $ | $ | $ |

| Agent: |
| Tax Bill: |
| C.B. Credit: |
| Ag. Tax/Other: |

**6 Description of Property SDAT requires submission of all applicable information.** A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District: 03 | Property Tax ID No. (1) 006755 | Grantor Liber/Folio NOS 5, FOLIO 315 | Map 213 | Parcel No. 135 | Ver. LOG ☐ (10) |
| | Subdivision Name | Lot (3a) | Block (3b)  Sect/AR (3c) | Plat Ref. | Sq/Ft/Acreage (4) |

Location/Address of Property Being Conveyed (2)
3236 E OLD PHILA RD, ELKTON MD  21921

Other Property Identifiers (if applicable)

| | Water Meter Account No. |

☐ Residential or ☐ Non-Residential ☐ Fee Simple ☑ or ☐ Ground Rent ☐ Amount:
☐ Partial Conveyance? ☐ Yes ☑ No   Description/Amt. of Sq/Ft/Acreage Transferred:

If Partial Conveyance, List Improvements Conveyed:

**7 Transferred From**

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
| Leonard E. Wilson, Personal Representative of the Estate of James R. Charles | |
| Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |

**8 Transferred To**

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
| Timothy Charles, Cheryl Phillips, Sherry R. Forland | |

New Owner's (Grantee) Mailing Address
3236 E OLD PHILA RD., ELKTON MD  21921

**9 Other Names to Be Indexed**

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |

**10 Contact/Mail Information**

Instrument Submitted By or Contact Person
Name: Len Wilson, Attorney
Firm:
Address:
Phone: (    )

☑ Return to Contact Person
☐ Hold for Pickup
☐ Return Address Provided

**11 IMPORTANT: BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER**

Assessment Information
☐ Yes ☑ No   Will the property being conveyed be the grantee's principal residence?
☐ Yes ☑ No   Does transfer include personal property? If yes, identify:
☐ Yes ☑ No   Was property surveyed? If yes, attach copy of survey (if recorded, no copy required).

Assessment Use Only – Do Not Write Below This Line

| Terminal Verification | | Agricultural Verification | Whole | | Part | Tran. Process Verification | |
| Transfer Number | | Date Received: | Deed Reference: | | | Assigned Property No.: | |
| Year | 20 | 20 | | Geo. | Map | Sub | Block |
| Land | | | | Zoning | Grid | Plat | Lot |
| Buildings | | | | Use | Parcel | Section | |
| Total | | | | Town Cd. | Ex. St. | Ex. Cd. | Occ. Cd. |
| REMARKS: | | | | | | | |

CECIL COUNTY CIRCUIT COURT (Land Records) CMN 4028, p. 0158, MSA_CE55_4718. Date available 02/28/2017. Printed 11/30/2023.