**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)**

| | |
|---|---|
| Judge April Ademiluyi, <br><br> Plaintiff, <br> v. <br><br> Judge Sheila Tillerson Adams, *et al.* <br><br> Defendants. | CASE NO.: 8:23-cv-03526-LKG |

## ENTRY OF APPEARANCE

Plese enter the appearance of Ray M. Shepard and The Shepard Law Firm on behalf of the

Plaintiff, Judge April Ademiluyi, in this matter.

January 23, 2024                                     Respectfully Submitted,


/s/Ray M. Shepard
Ray M. Shepard, Bar No. 09473
The Shepard Law Firm, LLC
122 Riviera Drive
Pasadena, Maryland 21122
Phone: 410-255-0700
Facsimile: 443-773-1922
Email: Ray@Shepard.Law

*Attorney for Plaintiff*