IN THE UNITED STATES CORPORATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (GREENBELT)

2.

| | |
|---|---|
| IN THE MATTER OF<br>Prince George's County MD.<br>Corporate Circuit Court<br>JUDGE April Ademiluyi<br>Courthouse Upper Marlboro 14735<br>Main Street MD. 20772<br>phone (301) 952-4988.<br>Email aprilcmecffiling.com.<br><u>Pro se under title 28 USC 1664</u><br>　　　　　　　Plaintiff<br><br>　　　　　Vs.<br><br>JUDGE Sheila R. Tillerson Adams<br>Courthouse Upper Marlboro 14735<br>Main Street MD. 20772<br>　　　　　　Defendant # 1<br>Daneeka Varner **Cotton**.<br>Courthouse Upper Marlboro 14735<br>Main Street MD. 20772<br>　　　　　　defendant # 2<br>Honorable Michael R. Pearson<br>Courthouse Upper Marlboro 14735<br>Main Street MD. 20772<br>　　　　　　defendant # 3<br>CORPORATE DEFENDANT'S CONTACT INFO IS NOT PUBLISHED PURPORTEDLY REPRESENTED BY.<br>SECURITY BOND-HOLDER TRAVELERS' INSURANCE POLICY NUMBER 105637860 FIDELITY/SURETY BOND, @ <u>Nadine.maeser@mdcourts.com</u><br>　　　　AS　　**CORPORATE DEFENDANTS**<br>AND<br><br>Permissive intervenor George McDermott<br>143 N. Huron Dr. Forest Heights, MD 20745<br>phone (301) 996-9577 appearing pro se<br>email Georgemcdermott2018@gmail.com | ) **Civil Docket #. : 8:23 – CV – 03526 – LKG.**<br>)<br>)<br>)<br>) Rule 6(B) Does Not, However, Vest A Court With Discretion To Impose A Special Condition On The Responding Party Which Violates A Statutory Right. Under 28 U.S.C. § 1654 (1976), a party to a civil action in federal court has the right to appear pro se.1 The right to self-representation "is a right of high standing, not simply a practice to be honored or dishonored by a court depending on its assessment of the **DEI GERATIA** of a particular case.<br><br>Controlling US code statutes Title 22 USC (Foreign Relations and Intercourse) Chapter 11 identifies all public officials as foreign agents. <u>TITLE 28 U.S.C. 1602-1611</u><br><br>Title 28 USC 3002 Section 15A states that the <u>United States is a Federal Corporation and not a Government, including the Judiciary</u> Procedural Section. **FRCP rule 12 (b)(6)**<br><br>Title 22 USC (Foreign Relations and Intercourse) Chapter 11 identifies all public officials as foreign agents. **FRCP rule 12 (b)(6)**<br><br>Title 28 USC 3002 Section 15A states that the United States is a Federal Corporation and not a Government, including the Judiciary Procedural Section. **FRCP rule 12 (b)(6)** |

**INTERVENORS MOTION AND RESPONSE COURT SCHEDULING ORDER ECF DOC # 7 CASE MANAGEMENT ORDER FILED 01/18/2024 GIVING PROCEDURAL GUIDANCE TO ALL PARTIES UNDER FED . R. CIV. P. 83 (B) AND FED. R. CIV. P. 1. Providing the court with the response to each item listed on the order is the court has stated all proceedings will be following 28 U.S.C. §§ 2072+2075.**

Comes now George E McDermott hereafter INTERVENOR WHO WILL NOW LAY OUT ANSWERS FOR THE COURT RECORD UNDER SUBSECTION I, (A) & II (A. 1 THROUGH (B.A – F) of the court scheduling order to preserve the matter for appeal addressing every paragraph set forth in the case management order ECF- Doc- #7 the court having any knowledge intervener in Case 8:23-cv-03526-LKG Document ECF- Doc- # 6-1 Filed 01/11/24 Page 1 of 55 pages of unrebutted affidavit of truth attested to for the court record, the court is asked to take judicial notice of [DE, 1 through7] and incorporate same into the record for appeal under FRCP rule 1, 2, 10 (c) as well as FRE rules 201 (a, b, d, e, f,] the intervener would be amenable to prehearing conference on the record.

1. Intervener respectfully in no way would be wanting to intentionally or inadvertently waste the court's time and resources and therefore would respectfully request the court and all the plaintiff defendants for the record identify their legal standing to participate in the case proceedings as to whom the agent and parties hold their allegiance to my answering on the record questions presented in [ATT. 1] as to their legal capacity and legal authority to Appear In This court proceeding.

2. For the record intervener will be proceeding pro se as a sentient human being pursuant to 28 USC 1654 and 83 (A) (2) respectfully as intervener is a victim of an ongoing bankruptcy fraud in which the defendant and their agents are covered up 27 years plus and not reported under 28 USC 3057 or had the US attorney investigate due to the defendant reckless disregard with their oath of office, the Constitution and rule of law. Case emanated in this court's bankruptcy division case # 88 – 42746 PM. And related adversary cases. Which all were dismissed with unsigned forged court documents under the color of law and authority.

3. In compliance with the scheduling order intervener publicly notified all parties by USPS 1st class mail mailed from upper MD. Marlboro. Receipt and video were made of the mailing to the chambers of each of the plaintiffs and defendants in this court clerk's office did not have the mailing matrix alternative addresses at the time of the filing intervener is in full compliance with rules 4 – 5 et seq. of the scheduling order.

4. For the record intervener recognizes the instructions set forth by the court in its 01/18/2024 order relating to section II-A. (1 – 8) and section (B) (1) (2 – a through i) every not received any deficiency notices from the court regarding the intervenor's 12-page motion to intervene and the intervenor's 43-page affidavit of truth and supporting attachments to be preserved for appeal purposes should it be necessary.

5. For the record the defendant court agents were all aware that their colleague Judge Gerald in 1995 made a false appearance as a Federal judge in the United States Courthouse Greenbelt Maryland. Which is well documented in adversary proceedings in this court as well as United States Court of Appeals, United States District Court for the District of Columbia, in the Court of Federal claims this sham. Has resulted in 27+ years of economic terrorism against the intervener in his family while aiding and abetting the criminal misconduct of Judge Thomas P Smith his brother-in-law Peter Parker Esq. with the Gilbert Sappersteine **MAFIA CONTROLLED ORGANIZATION** who used knowingly with this and other court's knowledge the intervener's business is a money laundering operation for 20 years as was reported to the US Department of Justice, FBI, the US attorney's office is, the Royal Canadian mounted police in Longboat Key Bahamas and the Bahamian police.

6. In that this court is set forth rules for the filing of court documents and records administration at the time of this filing the defendants have not put forth an answer to the complaint of the plaintiff, there is no evidence according to the court docket in any of the defendant have entered a notice of appearance for either themselves or their corporate employer the state of Maryland who has retained the services of travelers insurance of Hartford Connecticut and purportedly holds the bond under policy No. 105637860 as furnished by the state treasurer's office. Which must be notified of this potential liability to the plaintiff and others injured by the wrongful misconduct of the court officers named in the plaintiff's complaint.

7. Intervenor is including the following documents which have all been filed with this court to preserve the record the 1st document is page 1 + 5 of the order for case management [ECF Doc. 7] 01/18/2024. The 2nd is a copy of the court docket as of 01/07/2024 court docket off pacer. Evidencing motion to intervene & affidavit [ECF Doc. 6] and plaintiff's attorney's notice of appearance [ECF Doc. 8] again defendant has not

filed their 1st answer under FRCP rule 12 (C). Question why have these judicial officers not responded to the rules of this court or entered their appearance, or has the court clerk's office failed to issue summonses following the prevailing rules of court to the plaintiff or her agents or the US Marshals office?

8. In summation intervener vigorously opposes any efforts by the plaintiff or the defendant and or their agents in proper attempts to move for summary judgment or moves to have the intervenor filings and affidavit stricken from the record as a jury trial has been demanded and it would not be in the best interest of justice to suppress the evidence already before the court through plaintiff's filings and intervenors filings.

9. In summation will await the court's response have complied with the scheduling order and would respectfully request that the court answer the attached jurisdictional questions for the record which were previously submitted along with the intervener's motion paper as attached [Att. 4].

| Att. - 1 | Pages 1+5 scheduling order of this court answered in complied with | 01/18/2024 | Pages 5 – 6 |
| Att. - 2 | Court docket from pacer indicating 8 docket entries in the responses | 02/07/2024 | Pages 7 – 8 |
| Att. - 3 | Plaintiff's attorney's notice of appearance in this court | 01/23/2024 | Page – 9 |
| Att. - 4 | Questions presented regarding courts and defendants' legal standing questions are pending before the US Supreme Court | 01/29/2024 | Page – 10 |

**ATTACHMENTS IN SUPPORT OF MOTION AND RESPONSE STATE SCHEDULING ORDER**

Respectfully submitted

*/s/*

George Edward McDermott.   All rights reserved UCC – 1-101-102 + 306 +308- + 9-101 et seq.

**CERTIFICATE OF SERVICE**

I George McDermott certify that a true and correct copy of this motion paper was sent to the defendants at their last known address Prince Georges County Courthouse upper Marlboro, MD 20772 2 each of the named defendants do not have an address other than the courthouse an additional copies were sent to plaintiff's attorney by 1st class USPS mail this 9th day of February 2024 in accordance with the rules of this court by _____

| JUDGE Sheila R. Tillerson Adams Courthouse Upper Marlboro 14735 Main Street MD. 20772 | Daneeka Varner Cotton. Courthouse Upper Marlboro 14735   Main Street MD. 20772 | Michael R. Pearson Courthouse Upper Marlboro 14735 Main Street MD. 20772 |
| Plaintiff's attorney Ray Sheppard 122 River Dr., Pasadena, MD 21122 | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDGE APRIL ADEMILUYI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUDGE SHEILA TILLERSON ADAMS, ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 23-cv-03526-LKG |

## CASE MANAGEMENT ORDER

Federal Rule of Civil Procedure 83(b) provides that "[a] judge may regulate practice in any manner consistent with federal law, rules adopted under 28 U.S.C. §§ 2072 and 2075, and the district's local rules." Such case management includes holding pretrial conferences for the purpose of "establishing early and continuing control so that the case will not be protracted because of lack of management" and "discouraging wasteful pretrial activities." Fed. R. Civ. P. 16(a).

Pursuant to these authorities, and in an effort to streamline proceedings, reduce unnecessary and costly motions practice, and "to secure the just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, this Standing Case Management Order (the "Case Management Order") shall govern in all civil proceedings before Judge Griggsby, until and unless expressly superseded. Although this Case Management Order places formal requirements on the manner in which cases shall proceed, it is intended only to more effectively channel the efforts of litigants and to allocate the resources of the Court. This Case Management Order does not, and is not intended to, modify or abridge any substantive rights of any litigant.

I.   **Applicability**

    A.   **Effective Date**

This Case Management Order is effective upon its filing as to any parties who have already appeared. For any parties who have not appeared at the time that this Case Management Order is entered upon the docket, this Case Management Order is effective immediately upon receipt. Entry of an appearance by counsel, which includes gaining access to the docket of this case through CM/ECF, shall constitute receipt. But, this Case Management Order is not to be

      respondent/cross-movant should begin with exhibit 16, and the first page should be numbered 201.

g. The same procedure shall be followed for exhibits relevant to subsequently filed memoranda, such as a reply or, if permitted by the Court, sur-reply memorandum.[1]

h. If a party believes that it requires additional facts to oppose summary judgment pursuant to Federal Rule of Civil Procedure 56(d), it shall state those facts with particularity in an affidavit and include that affidavit as an exhibit in the Joint Record.

i. Within seven (7) days of the filing of the final brief on the Motion, the parties shall jointly file the Joint Record, both electronically and in hard copy in a single, bound volume(s). Notwithstanding Local Rule 105.5, all exhibits shall be tabbed and indexed, and shall be bound along the left side in a three-ring binder.[2]

Dated: January 18, 2024

                                                s/ Lydia Kay Griggsby
                                                LYDIA KAY GRIGGSBY
                                                United States District Judge

---

[1] Any objections to an exhibit shall be stated, in 250 words or less, on a cover page to that exhibit. "Under Fed. R. Civ. P. 56, as amended in 2010, facts in support of or opposition to a motion for summary judgment need not be in admissible form; the requirement is that the party identify facts that could be put in admissible form." *Mallik v. Sebelius*, 964 F. Supp. 2d 531, 546 (D. Md. 2013). And so, the mere fact that a document is inadmissible in its current form is not a valid objection. Similarly, objections to the contents or credibility should not be made unless they have a nonfrivolous basis. The party offering an exhibit may respond to the objection in 250 words or less, on the same cover page. But, an objection to an adversary's exhibit is not a basis for excluding any document from the Joint Record.

[2] The procedures for the submission of exhibits relating to a summary judgment motion, set forth in part II.B.2 above, shall also be followed by the parties in submitting exhibits in relation to any other substantive motion for which exhibits are relevant, including a motion to dismiss.

U.S. District Court
District of Maryland (Greenbelt)
CIVIL DOCKET FOR CASE #: 8:23-cv-03526-LKG

| | |
|---|---|
| Ademiluyi v. Judge Sheila Tillerson Adams et al | Date Filed: 12/29/2023 |
| Assigned to: Judge Lydia Kay Griggsby | Jury Demand: Plaintiff |
| Demand: $350,000 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act - Civil Action for Deprivation of Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Judge April Ademiluyi**     represented by **Ray M Shepard**
The Shepard Law Firm
122 Riviera Drive
Pasadena, MD 21122
410-255-0700
Fax: 443-773-1822
Email: rshepard@shepardlf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Judge Sheila Tillerson Adams**

**Defendant**

**Judge Daneeka Varner Cotton**

**Defendant**

**Judge Michael Ray Pearson**

**Intervenor**

**George McDermott**     represented by **George McDermott**
143 N. Huron Dr.
Forest Heights, MD 20745
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2023 | 1 | COMPLAINT against Judge Daneeka Varner Cotton, Judge Michael Ray Pearson, Judge Sheila Tillerson Adams ( Filing fee $ 405 receipt number 1640.), filed by Judge April Ademiluyi. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet, # 4 Summons, # 5 Summons, # 6 Summons)(mg3s, Deputy Clerk) (Entered: 12/29/2023) |

| | | |
|---|---|---|
| 12/29/2023 | 2 | Consent to receive notice and service electronically by Judge April Ademiluyi. The Court recommends that all documents received electronically be printed or saved for future reference.(mg3s, Deputy Clerk) (Entered: 12/29/2023) |
| 12/29/2023 | 3 | New Case Notification Letter sent to Judge April Ademiluyi. (c/em 12/29/2023 - mg3s, Deputy Clerk) (Entered: 12/29/2023) |
| 01/01/2024 | 4 | FIRST AMENDED COMPLAINT against Judge Daneeka Varner Cotton, Judge Michael Ray Pearson, Judge Sheila Tillerson Adams filed by Judge April Ademiluyi. (Attachments: # 1 Redline Version, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F) (hmls, Deputy Clerk) (Entered: 01/02/2024) |
| 01/03/2024 | 5 | MOTION to Expedite Issuance of Summons by Judge April Ademiluyi. (Attachments: # 1 Text of Proposed Order) (hmls, Deputy Clerk) (Entered: 01/04/2024) |
| 01/11/2024 | 6 | MOTION to Intervene by George McDermott. (Attachments: # 1 Affidavit pages 1-20, # 2 Affidavit pages 21-43) (hmls, Deputy Clerk) (Entered: 01/12/2024) |
| 01/18/2024 | 7 | CASE MANAGEMENT ORDER. Signed by Judge Lydia Kay Griggsby on 1/18/2024. (mu1s, Chambers) (Entered: 01/18/2024) |
| 01/23/2024 | 8 | NOTICE of Appearance by Ray M Shepard on behalf of Judge April Ademiluyi (Shepard, Ray) (Entered: 01/23/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/07/2024 06:56:56 | | | |
| **PACER Login:** | GeorgeMcDermott | **Client Code:** | GM |
| **Description:** | Docket Report | **Search Criteria:** | 8:23-cv-03526-LKG |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (GREENBELT DIVISION)

| | |
|---|---|
| Judge April Ademiluyi, <br><br> Plaintiff, <br><br> v. <br><br> Judge Sheila Tillerson Adams, *et al.* <br><br> Defendants. | CASE NO.: 8:23-cv-03526-LKG |

## ENTRY OF APPEARANCE

Plese enter the appearance of Ray M. Shepard and The Shepard Law Firm on behalf of the Plaintiff, Judge April Ademiluyi, in this matter.

January 23, 2024                                                        Respectfully Submitted,

/s/Ray M. Shepard
Ray M. Shepard, Bar No. 09473
The Shepard Law Firm, LLC
122 Riviera Drive
Pasadena, Maryland 21122
Phone: 410-255-0700
Facsimile: 443-773-1922
Email: Ray@Shepard.Law

*Attorney for Plaintiff*

## QUESTIONS PRESENTED FOR REVIEW ARE AS FOLLOWS AS PUBLIC ENUMERATED PRINTED LAW.

1.      Is this court bound by public statute ("Title 8 USC 1481 stated once an oath of office is taken citizenship is relinquished, thus you become a foreign entity, agency, or state. That means every public office is a foreign state, including all political subdivisions. (i.e. every single court and that courts personnel is considered a separate foreign entity).") Affirmative answer required (yes) or (no). If the answer is no please supply the constitutional amendment and statute plus the resolution number signed by the president and the location in the National archives where the document was filed.

2.      Your Honor Can this be true as stated and published under ("Title 22 USC (Foreign Relations and Intercourse) Chapter 11 identifies all public officials as foreign agents. Title 28 USC 3002 Section 15A states that the United States is a Federal Corporation and not a Government, including the Judiciary Procedural Section.") An Affirmative answer is required (yes) or (no). If the answer is no please supply the constitutional amendment and statute plus the resolution number signed by the president and the location in the National archives where the document was/is filed.

3.      Your Honor can this be true as stated and published under ("Title 8, 22 & 28 USC December 26th, 1933 49 Statute 3097 Treaty Series 881 (Convention on Rights and Duties of States) stated CONGRESS replaced STATUTES with international law, placing all states under international law. An Affirmative answer is required (yes) or (no). Affirmative answer required (yes) or (no). If the answer is no please supply the constitutional amendment and statute plus the resolution number signed by the president and the location in the National archives where the document was/is filed.

4.      And once again Your Honor's former president stated he is not it officer of the corporation but the CEO/public official as designated under-emphasis supplied ("Title 22 USC (Foreign Relations and Intercourse) Chapter 11 identifies all public officials as foreign agents. Title 28 USC 3002 Section 15A states that the United States is a Federal Corporation and not a, including the Judiciary Procedural Section.") An Affirmative answer is required (yes) or (no). If the answer is No, please supply the constitutional amendment and statute plus the resolution number signed by the president and the location in the National archives where the document was/is filed.

5.      Your Honor the court is fully aware that under public statute ("**28 us e 1603. "§ 1603. Definitions "For purposes of this chapter—** " (a) A 'foreign state', except as used in section 1608 of this title, includes a political subdivision of a foreign state or an agency or instrumentality of a foreign state as defined in subsection **(b). "(b) An 'agency or instrumentality of a foreign state' means any entity**— "(1) which is a separate legal person, corporate or otherwise, and "(2) which is an organ of a foreign state or political subdivision thereof, or a majority of whose shares or other ownership interest is owned by a foreign state or political subdivision thereof, and "(3) which is neither a citizen of a State of the United States as defined in section 1332 ").An Affirmative answer is required (yes) or (no). If the answer is No, please supply the constitutional amendment and statute plus the resolution number signed by the president and the location in the National archives where the document was/is filed.

**These 5 questions were recently submitted to the US Supreme Court under certification of a question of**

**law by the intervener will this court answer whether these statutes are still in force as the law of the land**