IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| APRIL T. ADEMILUYI, | * |
| Plaintiff, | * |
| v. | *  Civil Action No. 8:23-cv-03526-LKG |
| THE MARYLAND COMMISSION ON JUDICIAL DISABILITIES, *et al.* | * |
| | * |
| Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR AN EXTENSION OF TIME
FOR DEFENDANT TO FILE A RESPONSIVE PLEADING**

With the consent of Plaintiff, Defendants, the Maryland Commission on Judicial Disabilities and the Hon. Anne K. Albright (collectively the "Commission Defendants"), move pursuant to Federal Rule Civil Procedure 6(b)(1) for an extension of time to file a responsive pleading to the Plaintiff's Second Amended Complaint, and in support hereof, states as follows:

1.  Plaintiff filed a Second Amended Complaint on May 16, 2024 in which it added the Commission Defendants as party defendants. (ECF 11.)

2.  The Commission Defendants were served with the Second Amended Complaint on June 10, 2024.

3.  In accordance with the summons and Federal Rule of Civil Procedure 12(a), the Commission Defendants' response to the complaint is due on July 1, 2024.

4.  In light of the undersigned's counsel schedule and current work load, the undersigned counsel needs additional time in which to prepare a response to the

complaint. Accordingly, the Commission Defendants request an additional fourteen (14) days or through July 15, 2024 in which to file a responsive pleading or Notice of Intent to File a Motion pursuant to the Court's Case Management Order.   (*See* ECF 7.)

5. Plaintiff's counsel has consented to the extension of time sought in this motion.

6. This is the first request for an extension of time made by the Commission Defendants, and no party will be prejudiced by granting the relief sought in this motion.

WHEREFORE, with the consent of Plaintiff, Defendants the Maryland Commission on Judicial Disabilities and the Hon. Anne K. Albright respectfully request that this Court enter an order granting this Consent Motion for an Extension of Time for Defendants to File a Responsive Pleading, extending the time for the Commission Defendants to respond to the Second Amended Complaint (ECF 11) or file a Notice of Intent to File a Motion through and including July 15, 2024, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Rachel L. Stewart
RACHEL L. STEWART
Federal Bar No. 27352
Assistant Attorney General
200 St. Paul Place
Baltimore, Maryland   21202
rstewart@oag.state.md.us
(410) 576-7934
(410) 576-6393 (facsimile)

*Attorneys for Defendants,*
Maryland Commission on Judicial Disabilities and the Hon. Anne K. Albright