IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | |
|---|---|
| Judge April Ademiluyi,<br><br>        Plaintiff,<br>v.<br><br>Judge Sheila Tillerson Adams, *et al.*<br><br>        Defendants. | CASE NO.: 8:23-cv-03526-LKG |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Judge April Ademiluyi, by and through her counsel, Ray M. Shepard and the Shepard Law Firm, LLC and pursuant to Federal Rule of Civil Procedure 41(a)(1) dismisses all claims against the Maryland Commission on Judicial Disabilities without prejudice.

July 22, 2024                                                                 Respectfully Submitted,


                                                                            /s/Ray M. Shepard_____
                                                                            Ray M. Shepard, Bar No. 09473
                                                                            The Shepard Law Firm, LLC
                                                                            122 Riviera Drive
                                                                            Pasadena, Maryland 21122
                                                                            Phone: 410-255-0700
                                                                            Facsimile: 443-773-1922
                                                                            Email: Ray@Shepard.Law

                                                                            *Attorney for Plaintiff*