IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| APRIL T. ADEMILUYI, | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 8:23-cv-03526-LKG |
| HON. ANNE K. ALBRIGHT, ET AL., | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

Defendants Judge Sheila Tillerson Adams, Judge Daneeka V. Cotton, and Judge Michael R. Pearson respectfully move this Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss the amended complaint (ECF No. 11). The grounds for this motion are set forth in the accompanying memorandum.

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Kathryn Hummel*
_____
KATHRYN HUMMEL
Federal Bar No. 21991
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
khummel@oag.state.md.us
(410) 576-6341
(410) 576-6055 (facsimile)
*Attorneys for Defendants
Judge Sheila Tillerson Adams,
Judge Daneeka V. Cotton, and
Judge Michael R. Pearson*

August 22, 2024