IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| APRIL T. ADEMILUYI, | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 8:23-cv-03526-LKG |
| HON. ANNE K. ALBRIGHT, ET AL., | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the motion to dismiss filed by Defendants Judge Sheila Tillerson Adams, Judge Daneeka V. Cotton, and Judge Michael R. Pearson (ECF No. 26), and any response and/or reply thereto, it is this _____ day of _____, 2024, by the United States District Court for the District of Maryland,

**ORDERED**, that the motion to dismiss filed by Defendants Judge Sheila Tillerson Adams, Judge Daneeka V. Cotton, and Judge Michael R. Pearson (ECF No. 26) is **GRANTED**; and

**ORDERED**, the Second Amended Complaint (ECF No. 11) is **DISMISSED WITH PREJUDICE**; and

**ORDERED**, that all claims against Defendants Judge Sheila Tillerson Adams, Judge Daneeka V. Cotton, and Judge Michael R. Pearson are **DISMISSED WITH PREJUDICE**; and

**ORDERED**, that the Clerk is directed to close the case.

_____
HON. LYDIA KAY GRIGGSBY
United States District Judge