IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDGE APRIL ADEMILUYI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUDGE SHEILA TILLERSON ADAMS, )<br>*et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 23-cv-03526-LKG<br><br>Dated: September 20, 2024 |

## AMENDED SCHEDULING ORDER

On July 25, 2024, the Court entered a Scheduling Order in the above-captioned civil action, setting forth a schedule for the briefing of Defendants' motions to dismiss. ECF No. 24. Defendants filed their motions to dismiss on August 22, 2024. ECF Nos. 26, 27. Pursuant to the Court's July 25, 2024 Scheduling Order, Plaintiff's response in opposition to the motions to dismiss is due on September 30, 2024. ECF No. 24.

On September 19, 2024, Plaintiff filed a motion to extend the briefing schedule for the motions to dismiss. ECF No. 30. Plaintiff states that, due to professional and personal responsibilities, his counsel seeks a 45-day extension to the schedule set forth in the July 25, 2024 Scheduling Order. *Id*. at 1-2. Plaintiff advises that counsel for Defendant Judge Albright consents to the motion, but that counsel for Defendants Judge Tillerson Adams, Judge Cotton and Judge Pearson consent only to a 15-day extension. *Id*. at 2-3.

In light of the foregoing, and for good cause shown, the Court **GRANTS** Plaintiff's motion to extend the briefing schedule for the motions to dismiss. The parties shall adhere to the following schedule for the remaining briefing of Defendants' motions to dismiss:

        Plaintiff's response in opposition.         **November 14, 2024**

        Defendants' reply briefs.         **December 5, 2024**

No further extensions will be granted to the Plaintiff for this purpose.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby  
LYDIA KAY GRIGGSBY  
United States District Judge