IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| JUDGE APRIL ADEMILUYI,             ) <br>                                                             ) <br>     Plaintiff,                                    ) <br>                                                             ) <br> v.                                                         ) <br>                                                             ) <br> HON. ANNE K. ALRIGHT, *et al.*,      ) <br>                                                             ) <br>     Defendants.                               ) <br>                                                             ) | Civil Action No. 23-cv-03526-LKG <br><br> Dated:  October 28, 2024 |

## AMENDED SCHEDULING ORDER

On October 7, 2024, the Court issued a Scheduling Order setting forth a schedule for the briefing of Defendant Hon. Anne K. Albright's ("Judge Albright") motion to seal.  ECF No. 33.  On October 25, 2024, Defendant Judge Albright filed a motion for extension of time as to the deadlines set forth in the Court's October 7, 2024, Scheduling Order, requesting an approximately 10-day extension to all deadlines because: (1) Judge Albright's counsel has been delayed in preparing the motion to seal due to illness and (2) Judge Alright has suffered a death in her family and is unavailable to review the draft motion at this time.  ECF No. 34.  Defendant Judge Albright states that the Plaintiff consents to the motion.  *Id*. at 2.

In light of the foregoing, and for good cause shown, the Court **GRANTS** Defendant Judge Albright's consent motion for extension of time (ECF No. 34).  The parties shall adhere to the following schedule for the briefing of Defendant Judge Albright's motion to seal:

| | |
|---|---|
| Defendant's motion to seal. | **November 7, 2024** |
| Plaintiff's response in opposition. | **December 5, 2024** |
| Defendant's reply brief. | **December 31, 2024** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge