IN THE U.S DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | |
|---|---|
| APRIL ADEMILUYI<br>  324 Main Street<br>Laurel, MD 20707<br><br>Plaintiff<br><br>v.<br><br>Judges Sheila Tillerson Adams, Daneeka Varner Cotton and Judge Michael Ray Pearson; et al<br><br>Defendants | Case No. 8:23cv03526-LKG |

## ENTRY OF APPEARANCE

Please enter the appearance of Allen Dyer, Esq on behalf of Plaintiff, April T. Ademiluyi.

                      __/s/ Allen R. Dyer__
                      Allen R. Dyer, Esq.
                      Federal Bar No: 19624
                      Law Office of Allen R. Dyer
                      13340 Hunt Ridge
                      Ellicott City, Maryland 21042
                      410-531-3965 / aldyer@lawlab.com

                      *Attorney for April T. Ademiluyi*