IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| APRIL T. ADEMILUYI, | * |
| Plaintiff, | * |
| v. | *  Civil Action No. 8:23-cv-03526-LKG |
| THE HON. ANNE ALBRIGHT, *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO SEAL**

Defendant the Honorable Anne Albright, sued solely in her capacity as the Chair of the Maryland Commission on Judicial Disabilities, in accordance with Federal Rule of Civil Procedure 5.2 and Local Rule 105.11 moves to seal Exhibits A, B, C, D, E, and F (ECF Nos. 1-1, 1-2, 4-2, 4-3, 4-4, 4-5) of Plaintiff's complaints.

In support of this motion, Defendant adopts and incorporates herein her Memorandum in Support of Motion to Seal filed contemporaneously herewith.

WHEREFORE, Defendant, the Honorable Anne Albright, respectfully requests that this Court enter an order sealing ECF Nos. 1-1, 1-2, 4-2, 4-3, 4-4, 4-5 and granting such other and further relief as the Court deems just and proper.

                                          Respectfully Submitted,

                                          ANTHONY G. BROWN
                                          Attorney General of Maryland

                                          /s/  Rachel L. Stewart
                                          RACHEL L. STEWART
                                          Federal Bar No. 27352
                                          Assistant Attorney General

                                          200 St. Paul Place, 20th Floor
                                          Baltimore, Maryland 21202
                                          rstewart@oag.state.md.us
                                          (410) 576–7934  (telephone)
                                          (410) 576–6393  (facsimile)

November 7, 2024                        Attorneys for Defendant,
                                          the Hon. Anne K. Albright