# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| APRIL T. ADEMILUYI, | * |
| *Plaintiff*, | * |
| v. | *   Case No. 8:23-cv-03526-LKG |
| HON. ANNE K. ALBRIGHT, ET AL., | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT (ECF NO. 39)

Defendants Judge Sheila Tillerson Adams, Judge Daneeka V. Cotton, and Judge Michael R. Pearson respectfully request that Plaintiff's motion for leave to amend the complaint (ECF No. 39) be denied, and that Plaintiff not be permitted to file her proposed third amended complaint (ECF No. 39-2). The grounds for this opposition are set forth in the accompanying memorandum.

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Kathryn Hummel*
KATHRYN HUMMEL
Federal Bar No. 21991
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
khummel@oag.state.md.us
(410) 576-6341
(410) 576-6055 (facsimile)
*Attorneys for Defendants Judge Sheila Tillerson Adams, Judge Daneeka V. Cotton, and Judge Michael R. Pearson*

November 20, 2024