IN THE U.S DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | |
|---|---|
| APRIL ADEMILUYI<br>324 Main Street<br>Laurel, MD 20707<br><br>Plaintiff<br><br>v.<br><br>Judges Sheila Tillerson Adams, Daneeka Varner Cotton and Judge Michael Ray Pearson; et al<br><br>SERVE ON:<br><br>200 St Paul Street<br>Baltimore, MD 21202<br>Defendant | Case No. 8:23cv03526-LKG |

## MOTION FOR SANCTIONS FOR FILING THE MOTION TO SEAL AND OPPOSITION TO MOTION TO SEAL

Plaintiff, through her undersigned counsel, opposes the Motion to Seal [ECF42] and moves this Court for sanctions for the defendant's filing of the Motion to Seal [ECF 42] and in support of this opposition and motion she attaches a memorandum of law.

Respectfully submitted,
_____/s/_____
Ray Shepard, Esq. Fed Bar. 09473
The Shepard Law Firm, LLC
122 Rivera Drive
Pasadena, MD 21122
Office: 410 255-0700
Fax: 443-773-1922
Ray@shepard.law
Michelle@shepard.law


\_\_/s/ Allen R. Dyer\_\_
Allen R. Dyer, Esq.
AIS 7612010096
Law Office of Allen R. Dyer
13340 Hunt Ridge
Ellicott City, Maryland 21042
410-531-3965 / aldyer@lawlab.com


*Attorneys for April T. Ademiluyi*


## CERTICATE OF SERVICE

Plaintiff certifies a copy of this filing was served on all parties via CMECF.

Respectfully submitted,
_____/s/_____
Ray Shepard, Esq. Fed Bar. 09473
The Shepard Law Firm, LLC
122 Rivera Drive
Pasadena, MD 21122

        Office: 410 255-0700
        Fax: 443-773-1922
        Ray@shepard.law
        Michelle@shepard.law


        __/s/ Allen R. Dyer__
        Allen R. Dyer, Esq.
        AIS 7612010096
        Law Office of Allen R. Dyer
        13340 Hunt Ridge
        Ellicott City, Maryland 21042
        410-531-3965 / aldyer@lawlab.com

        ***Attorneys for April T. Ademiluyi***