IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| APRIL T. ADEMILUYI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 8:23-cv-03526-LKG |
| v. ) | |
| ) | Dated: December 10, 2024 |
| HON. ANNE K. ALBRIGHT *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The parties shall participate in a telephonic status conference on **Wednesday, December 11, 2024, at 2:30 p.m. Eastern Time**.

The telephonic status conference will be held *via* WebEx Teleconferencing. The Court will provide the parties *via* email with a call-in number and an access code. Participating on the call will be counsel of record for each party.

| | |
|---|---|
| For Plaintiff April T. Ademiluyi: | **Ray M Shepard**<br>The Shepard Law Firm<br>122 Riviera Drive<br>Pasadena, MD 21122<br>410-255-0700<br>Email: rshepard@shepardlf.com<br><br>**Allen Ray Dyer**<br>Allen Dyer, Attorney At Law<br>13340 Hunt Ridge<br>Ellicott City, MD 21042<br>4105313965<br>Email: aldyer@lawlab.com |

| | |
|---|---|
| For Defendants Hon. Anne K. Albright, Hon. Sheila T. Adams, Hon. Daneeka V. Cotton, and Hon. Michael R. Pearson: | **Rachel Lynn Stewart** <br> Office of the Attorney General- State of Maryland <br> Courts and Judicial Affairs <br> 200 Saint Paul Place <br> Ste 20th Floor <br> Baltimore, MD 21202 <br> 410-576-7934 <br> Email: rstewart@oag.state.md.us <br><br> **Kathryn Elizabeth Hummel** <br> Office of the Attorney General of Maryland <br> 200 Saint Paul Place <br> Courts & Judicial Affairs Division <br> Baltimore, MD 21202 <br> 410-576-6341 <br> Email: khummel@oag.state.md.us |

**IT IS SO ORDERED.**

                                               s/ Lydia Kay Griggsby
                                               LYDIA KAY GRIGGSBY
                                               United States District Judge