IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| APRIL T. ADEMILUYI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 23-cv-03526-LKG |
| | ) | |
| v. | ) | Dated: January 10, 2025 |
| | ) | |
| HON. ANNE K. ALRIGHT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

On January 3, 2024, Plaintiff, April T. Ademiluyi, filed a motion to expedite issuance of summons. ECF No. 5.

On January 11, 2024, non-party George McDermott filed a motion to intervene in this matter. ECF No. 6. On February 8, 2024, Mr. McDermott filed a motion in response to the Court's Case Management Order (ECF No. 7). ECF No. 9. On February 26, 2024, Mr. McDermott also filed a motion requesting a hearing. ECF No. 10.

On August 22, 2024, Defendants Adams, Cotton and Pearson filed a motion to dismiss. ECF No. 26. On August 22, 2024, Defendant Albright filed a motion to dismiss. ECF No. 27.

On November 7, 2024, Defendant Albright filed a motion to seal certain exhibits attached to the Plaintiff's complaint and first amended complaint (ECF Nos. 1-1, 1-2, 4-2, 4-3, 4-4, 4-5). ECF No. 42. This motion is fully briefed. ECF Nos. 54, 64.

On December 13, 2024, the Plaintiff filed a complaint in *Ademiluyi v. Andrews*, Civil Action No. 24-cv-03616. ECF No. 1 (24-cv-03616).

On December 21, 2024, the Plaintiff filed a motion to preserve evidence. ECF No. 62.

On December 22, 2024, the Plaintiff filed a notice of intent to file a motion to disqualify. ECF No. 63.

In light of the foregoing, the Court:

(1) **DENIES-AS-MOOT** the Defendant's motion to expedite issuance of summons (ECF No. 5);

(2) **DENIES** non-party George McDermott's motion to intervene (ECF No. 6);

(3) **DENIES** non-party George McDermott's motion in response to the Court's Case Management Order (ECF No. 9);

(4) **DENIES** non-party George McDermott's motion requesting a hearing (ECF No. 10);

(5) **HOLDS-IN-ABEYANCE** the Plaintiff's motion to preserve evidence (ECF No. 62), pending the Court's resolution of the Defendants' respective motions to dismiss; and

(6) **HOLDS-IN-ABEYANCE** scheduling the briefing of the Plaintiff's proposed motion to disqualify (ECF No. 63), pending the Court's resolution of the Defendants' respective motions to dismiss.

In addition, the Court finds that: (1) the proposed sealed documents referenced in Defendant Albright's motion to seal contain sensitive information about a judicial conduct investigation and subsequent proceedings, the release of which could be prejudicial to the Plaintiff and to the Defendants; and (2) there are no less restrictive alternatives to sealing that would sufficiently protect this sensitive information. And so, for good cause shown, the Court **GRANTS** Defendant Albright's motion to seal (ECF No. 42) and **DIRECTS** the Clerk's office to keep and maintain certain exhibits attached to the Plaintiff's complaint and first amended complaint (ECF Nos. 1-1, 1-2, 4-2, 4-3, 4-4, 4-5) **UNDER SEAL**.

As a final matter, the parties shall **FILE** a joint status report stating their views regarding whether the Court should consolidate this matter with *April T. Ademiluyi v. Carla N. Andrews*, Civil Action No. 24-cv-03616, **on or before January 24, 2025.**

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge