# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| APRIL T. ADEMILUYI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 23-cv-03526-LKG |
| | ) | |
| v. | ) | Dated:  February 3, 2025 |
| | ) | |
| HON. ANNE K. ALBRIGHT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## AMENDED SCHEDULING ORDER

On December 12, 2024, the Court entered an Amended Scheduling Order in the above-captioned civil action, amending the schedule for the briefing of Defendants' motions to dismiss. ECF No. 61.  Pursuant to the Court's December 12, 2024, Amended Scheduling Order, Defendants' reply briefs regarding the motions to dismiss was due on January 31, 2025.  *Id*.

On January 31, 2025, Defendant, Hon. Anne K. Albright, filed a partial-consent motion to extend the time to file her reply brief.  ECF No. 69.  Defendant requests a three-business-day extension until February 5, 2025, due to an unexpected death of a family member of Defendant's counsel.  *Id*. at ¶ 5-6.  Defendant advises that counsel for the co-Defendants consent to the motion, but that, more than 24 hours after requesting her consent, Defendant has not received response from Plaintiff.  *Id*. at ¶6.

In light of the foregoing, and for good cause shown, the Court **GRANTS** Defendant's motion to extend.  The Defendant's reply brief for the motion to dismiss will be due on **February 5, 2025**.

IT IS SO ORDERED.

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge