**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| APRIL T. ADEMILUYI, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 23-cv-03526-LKG |
| v. | ) ) | Dated: February 19, 2025 |
| HON. ANNE K. ALBRIGHT, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

On May 16, 2024, the Plaintiff filed a second amended complaint in the above-captioned civil matter. ECF No. 11. On August 22, 2024, all Defendants in this matter filed motions to dismiss. ECF Nos. 26 and 27. The Defendants seek to dismiss the entirety of the second amended complaint upon various grounds, including that this Court lacks jurisdiction. *See id*. These motions are fully briefed. ECF Nos. 26, 27, 66, 70 and 73.

On February 3, 2025, the Plaintiff filed a Notice of Intent to File a motion for default judgment, or, in the alternative, a motion for summary judgment, regarding Count III of the second amended complaint. ECF No. 72.

In light of the foregoing, the Court **HOLDS IN ABEYANCE** the briefing on the Plaintiff's motion for default judgment, pending the Court's resolution of the Defendants' motions to dismiss.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge