**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| APRIL T. ADEMILUYI, | ) |
| Plaintiff, | ) Civil Action No. 23-cv-03526-LKG |
| v. | ) Dated: March 10, 2025 |
| HON. ANNE K. ALBRIGHT, *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the Court's memorandum opinion dated March 10, 2025, in the above-captioned matter, the Court:

(1) **GRANTS-in-PART** the Judge Defendants' motion to dismiss (ECF No. 26);

(2) **GRANTS-in-PART** Defendant Albright's motion to dismiss (ECF No. 27);

(3) **DENIES-AS-MOOT** the Plaintiff's motion to preserve evidence (ECF No. 62); and

(4) **DISMISSES** the second amended complaint.

The Clerk is **DIRECTED** to **CLOSE** the case.

Judgment shall be entered accordingly.

No costs.

**IT IS SO ORDERED.**

s/Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge