FILED: August 19, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1601
(8:23-cv-03526-LKG)

APRIL T. ADEMILUYI,

        Plaintiff - Appellant,

    v.

HON. ANNE K. ALBRIGHT, in her official capacity as Chair of the Maryland
Commission on Judicial Disabilities; HON. SHEILA T. ADAMS, in her
personal capacity only; HON. DANEEKA V. COTTON, in her personal
capacity only; HON. MICHAEL R. PEARSON, in his personal capacity only,

        Defendants - Appellees,

    and

THE MARYLAND COMMISSION ON JUDICIAL DISABILITIES,

        Defendant.

O R D E R

April T. Ademiluyi seeks to appeal the district court's order granting in part

the motion to dismiss filed by Sheila T. Adams, Daneeka V. Cotton, and Michael R.

Pearson, current and former Judges of the Circuit Court for Prince George's County, Maryland (collectively, "Judge Defendants"); granting in part the motion to dismiss filed by Judge Anne K. Albright of the Circuit Court for Prince George's County, Maryland, who served as Chair of the Maryland Commission on Judicial Disabilities; denying as moot Ademiluyi's motion to preserve evidence; and dismissing Ademiluyi's second amended complaint. The Judge Defendants and Judge Albright have moved to dismiss the appeal for lack of jurisdiction. In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on March 10, 2025. Ademiluyi filed the notice of appeal on May 27, 2025. Although Ademiluyi argues that her appeal should not be dismissed as untimely because she could not file a notice of appeal until the district court had disposed of a related case, we reject her argument. *See Hall v. Hall*, 584 U.S. 59, 64 (2018). Because Ademiluyi failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we grant the motions to dismiss and deny Ademiluyi's motion to consolidate this appeal with No. 25-1602, *Ademiluyi v. Andrews*, which remains pending before us.

Entered at the direction of the panel:  Judge Niemeyer, Judge Wynn, and Judge Quattlebaum.

For the Court

/s/ Nwamaka Anowi, Clerk